[No. 38627-5-II. Division Two. March 2, 2010.]

MICHAEL R. FEOLA ET AL., *Appellants*, v. DRIFTWOOD KEY CLUB, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-2-00884-5, Russell W. Hartman, J., entered December 5, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38682-8-II. Division Two. March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN LEE SHORES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00662-4, James W. Lawler, J., entered December 15, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38721-2-II. Division Two. March 2, 2010.]

ADVOCATES FOR RESPONSIBLE DEVELOPMENT ET AL., *Appellants*, v. THE WESTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-2-00884-9, James W. Lawler, J. Pro Tem., entered December 3, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Penoyar, JJ. Now published at 155 Wn. App. 479.

[No. 38767-1-II. Division Two. March 2, 2010.]

KEVIN MICHAEL MITCHELL, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-01287-2, Chris Wickham, J., entered December 29, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.